IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LEXINGTON INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION 07-0322-WS-C |
| ) | |
| **EVAN J. WOLFE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

In accordance with the Court's order of November 1, 2007, the plaintiff shall have and recover from the defendant Edmond H. Smith IV the sum of $1,075,940.40.  Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of plaintiff Lexington Insurance Company and against defendant Edmond H. Smith IV.

DONE this 1st day of November, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE